FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

Missoula DIVISION

Jason Chiefstick

Enter above the full name of the
plaintiff or plaintiffs in this action

MAY 26 2022

Clerk, U.S. Courts
District of Montana
Missoula Division

-vs-

Pete Bludworth, CCC,
State of Montana, Department of Corrections

Enter above the full name of the
defendant or defendants in this action.

I. Previous lawsuits:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   
   Yes ( ) No (✓)   JCK

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline and attach).

   Parties to this previous lawsuit: ~~Dept. of Corrections, Board of Pardons and Parole, Montana Probation and Parole.~~ JCK

Plaintiffs: Jason Chiefstick

Defendants: State of Montana, P. Bludworth CCC, Department of Corrections

2. Court if federal court, name the district; if state court, name the county): Missoula District, Toole County, Shelby Mt.

3. Docket Number: Pending

4. Name of judge to whom case was assigned: Pending

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

Pending

6. Approximate date of filing lawsuit:

~~4-15-22~~ on or about 5-11-22

7. Approximate date of disposition:

Pending

II. Place of Present Confinement: C.C.C. Shelby, Mt.

A. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ( )

C. If your answer is YES: Yes, I have exhausted the grievance procedure.

1. What steps did you take? I filed A Informal Resolution And then A grievance.
2. What was the result? Spoke w/ Grievance officer About issues. Nothing resolved.

D. If your answer is NO, explain why not:

_____

_____

III. Parties:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff   Jason Chiofstiek AO#45781

Address   50 Crossroads Dr. Shelby Mt. 59474

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for names, positions and places of employment of any additional defendants).

B. Defendant  Peter Bludworth  is employed as ~~CCC~~ Warden at CCC

C. Additional defendants: Department of Corrections
Brian Gootkin

IV. Statement of claim: No Fire Exit in S-Dorm, Over-crowding, Contaminated water,

State here as briefly as possible only the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related cases, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

No Fire Exit in S-Dorm. CCC and Dept. of Corrections are aware of this issue. Apparently both parties paid off the Fire Marshall in Shelby Mt. to disregard this hazard. The State is aware and fines CCC for a small sum.

Overcrowding is a danger to both the inmates and staff. It leads to physical fights, inhumane living conditions with 3 three inmates to a cell. With Covid and hep-C, and tuberculosis running rampant, all inmates are at risk in contracting other diseases.

Contaminated water being consumed over time can lead to cancer. Again the staff are aware of this and choose not to address it. The new doctor, Mitchel, states I am over-reacting.

The food served at CCC comes in a plastic bag labeled not for human consumption.

These issues must not be overlooked.

**V. Relief sought:** Release From incarceration. $200,000.00 AND punitive in damages to be determined by Judge.

State briefly exactly what you want the court to do for you.
Make no legal arguments. Cite no cases or statutes.

I humbly request the court to shut down S-Dorm. Bring in bottled water for drinking and cooking. Release inmates who are parole eligible.

Enforce CCC to serve real food, with bigger servings. Do AN <u>UNANNOUCED</u> <u>thorough investigation</u>. The total number of inmates I am aware of is 698 in A, B, C, D, E, F. It J Pod? Not sure.

A Pod houses 66 total 3 man cells.   D Pod 66, 3 man
B. Pod houses 60 3 man cells            E Pod 60, 3 man
C. Pod houses 66 3 man cells            F Pod 66 3 man
S-Dorm 50 inmates

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _MAY_, 2022